**Dismiss; Opinion Filed March 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01173-CV**

**BRAUM'S, INC., Appellant**
**V.**
**IRMA AGUILAR, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06458**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Partida-Kipness

The parties to this appeal have settled their dispute and have filed, in accordance with their settlement agreement, a joint motion to vacate the trial court's judgment and dismiss the case with prejudice. We grant the motion, vacate the trial court's judgment without regard to the merits, and dismiss the case with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

191173F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRAUM'S, INC., Appellant

No. 05-19-01173-CV    V.

IRMA AGUILAR, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-14-06458. Opinion delivered by Justice Partida-Kipness, Justices Nowell and Evans participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's June 24, 2019 final judgment without regard to the merits and **DISMISS** the case with prejudice.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.  The obligations of appellant Braum's Inc., as principal, and Travelers Casualty and Surety Company of America, as surety, on appellant's supersedeas bond are **RELEASED**.

Judgment entered this 5th day of March, 2020.